Sheila Swaroop (SBN 203476)
sheila.swaroop@knobbe.com
Jacob Rosenbaum (SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
CIMATRON GIBBS LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CIMATRON GIBBS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRABUCO PRECISION, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 8:26-cv-00200<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Cimatron Gibbs LLC ("GibbsCAM") brings this action against Trabuco Precision, LLC ("Defendant" or "Trabuco"), for copyright infringement and violations of the Digital Millennium Copyright Act's ("DMCA") anti-circumvention prohibitions, and shows the following:

## NATURE OF ACTION

1. This is a civil action seeking damages and injunctive relief arising out of the violation of GibbsCAM's intellectual property rights by Defendant Trabuco.

2. GibbsCAM is in the business of developing innovative solutions for manufacturing, toolmaking and CNC programming applications in the automotive, aerospace, consumer electronics, toys, medical, optics and telecom industries. Among the software programs developed and licensed by GibbsCAM in connection with its business is software known simply as GibbsCAM, a cutting-edge computer-aided manufacturing ("CAM") system for programming CNC machine tools that can drive CNC milling, turning, mill-turn or wire EDM machines performing 2-axis turning and 2.5 axis milling, to 3-, 4- and 5-axis simultaneous and the most complex multi-spindle, multi-turret, multi-tasking and Swiss-style MTM machines. GibbsCAM is world renowned.

3. GibbsCAM is the owner of copyright in artistic and literary works comprising the source code and object code versions and associated user documentation of the GibbsCAM software suite (the "Copyrighted Works"). GibbsCAM releases regular updates and new versions of its software products, including the GibbsCAM software comprising the Copyrighted Works. The "Copyrighted Works" are protected by at least U.S. Copyright Registration No. TX0009501525.

4. GibbsCAM licenses its highly valuable GibbsCAM Software to its customers. GibbsCAM prevents unauthorized access of the GibbsCAM Software through the use of technological measures. GibbsCAM's license

agreement, which all users see on their computer screens and to which all users must agree to in order to use the GibbsCAM Software, states the GibbsCAM Software may collect information to determine if modifications to certain code files have been made or if there is suspected or confirmed unauthorized access to or use of the GibbsCAM Software.

5. Trabuco Precision LLC "was established by three partners, together bringing over 35 years of experience in the manufacturing of protypes and the production of complexed machined parts and assemblies for both the Aerospace and Defense industries. The focus is to create a lean hi-tech quality driven organization utilizing state of the art technology to provide our customers with the best value."[1]

6. Despite not having a license to GibbsCAM, at least one employee of Defendant Trabuco's, using the email address julio.lucero@trabucoprecision ("Lucero") downloaded and used a pirated version of GibbsCAM at least 111 times. As described more fully below, Lucero's downloading and use of pirated GibbsCAM software constitutes direct copyright infringement and DMCA violations, and Defendant Trabuco committed vicarious and contributory copyright infringement by Lucero's use of pirated GibbsCAM Software for its benefit. GibbsCAM files this suit to protect its valuable intellectual property rights.

**JURISDICTION AND VENUE**

7. GibbsCAM brings its copyright infringement claims under 17 U.S.C. §§501 et seq. and its DMCA violation claim under 17 U.S.C. §§1201 et seq. This Court has original and exclusive jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

/ / /

---

[1] *See https://trabucoprecision.com/,* (last visited January 18, 2026).

8. Venue and personal jurisdiction in this District are proper under 28 U.S.C. §§ 1391(b)-(c) and/or 28 U.S.C. § 1400(a). Trabuco is domiciled in this District.

## PARTIES

9. Cimatron Gibbs LLC is a California limited liability company with a principal place of business located at 2545 W. Hillcrest Dr. Suite 210, Thousand Oaks, CA 91320 USA. GibbsCAM does business in this district and throughout the State of California.

10. Trabuco's principal place of business is located at 22725 La Palma Avenue, Yorba Linda, California 92887. Trabuco does business in this District.

## FACTS COMMON TO ALL COUNTS

### A. How GibbsCAM Software is Legally Purchased and Operated

11. GibbsCAM generally sells perpetual licenses and maintenance subscriptions to GibbsCAM Software. As long as a maintenance subscription is maintained, the customer has access to and may download updates and subsequent versions of the GibbsCAM Software, as well as associated user documentation.

12. To purchase a license to GibbsCAM Software, a customer must issue a purchase order to GibbsCAM or to an authorized reseller or sign an agreement. To download GibbsCAM Software from GibbsCAM, a customer must log in through their GibbsCAM account. Once GibbsCAM has obtained a signed contract or payment from the customer, the customer can log in to customer portal and download the executable files for the licensed GibbsCAM Software.

13. Once GibbsCAM has obtained a signed contract or payment from the customer, in a separate email, or through a download from the customer portal, GibbsCAM sends the customer a license key for the customer's copy of the purchased GibbsCAM Software. The license key is readable by the

licensing tools that are integrated directly into the GibbsCAM Software and facilitates GibbsCAM Software license compliance for its products.

14. When a user installs an GibbsCAM Software program, and specifically when the user runs the executable files associated with the setup of an GibbsCAM Software program, a local copy of the GibbsCAM Software (the usable, object code version thereof) is created on the user's machine.

B. **Piracy of GibbsCAM Software**

15. Piracy of software occurs when users download, access, and reproduce software for which they have not purchased a valid license. The ease of digital replication of software lends itself to illegal copying of software, where users may make multiple copies of a software program, and then distribute the copies to users who have not made a legal purchase of a license to the software (i.e., either distributing copies of the software for free or selling the copies of the software at deeply discounted prices).

16. To reduce the use of illegally copied software, software providers, including GibbsCAM, implement license verification technology that will prevent the software from functioning unless the user has legally purchased a license. This license verification technology may be a software mechanism, or a physical mechanism attached to a single computer. The license verification technology may be in the form of either a license key (i.e., a series of numbers and letters sometimes stored in a computer file) that a user types in or that the software reads from a file during the software installation or launch process, or a hardware device, where the software will only operate correctly when the hardware device is attached to the computer executing the software. The license verification technology and the license key are provided by the software provider to the buyer when the software is purchased legally. Users who have not made a legitimate purchase of a software license will not have access to the license key or hardware device provided by the software provider, and therefore

the software will not function properly.

17. Software hackers reverse engineer the technological measures used to control access to the software and then provide processes and utilities to bypass the license verification technology, thus allowing unauthorized use of the software. The hackers' processes and utilities mimic the license verification technology (e.g., keys, hardware devices, etc.) and allow pirated software to function as fully as legally purchased software. Software utilities that mimic the license verification technology are often referred to as "cracked" licenses. Software hackers may also create hacked versions of the software such that a license is not needed during installation.

18. Sophisticated websites exist where illegally obtained software, the software utilities that mimic the license verification technology, and hacked versions of the software may be downloaded and installed by those who do not want to pay for properly licensed software. Each hacked version of the software represents a lost sale and/or license for the company that owns the software and for resellers of the software (who may provide hardware installation and support, and software configuration, customization, and maintenance).

19. Software that has been hacked or modified to use a cracked license may also contain malware that can damage computer systems, and/or infiltrate the computer network and the data on the network. Software that has been hacked also may not operate properly, negatively impacting the reputation of the software company that now has no oversight or control over the quality of the hacked versions of its software in use or the products produced by that software.

20. Pirated versions of the GibbsCAM Software cannot be downloaded and installed accidentally or innocently. Rather, downloading and installing pirated GibbsCAM Software is a multi-step process that requires willful and deliberate action to circumvent technological measures that are put in place to deter and detect such conduct.

### C. Piracy Detection and Reporting Security Software

21. Piracy Detection and Reporting Security Software ("PDRSS") exists to identify instances of pirated software in use and provides the identity and location of organizations utilizing the pirated software to the software providers. Identification of pirated software allows the software providers to take legal action against intentional software piracy, notifying organizations and individuals of the illegal use of the software (and the potential malware problems that can accompany pirated software), and sell valid software licenses in the place of the previously illegally obtained software programs to recoup lost sales. GibbsCAM identifies pirated software in use through PDRSS which, along with the license verification technology, is a component of the technological measures used to control access to the software.

22. Software providers, such as GibbsCAM, embed the PDRSS within their software, validate the patterns and thresholds will trigger on pirated software.

23. Data reported from the embedded PDRSS generates a report that identifies, among other things, the software that has been pirated and the organizations utilizing the pirated software. Through the technological measures used to control access to the software, GibbsCAM collects this identifying information to determine when pirated and unlicensed versions of its GibbsCAM Software are being utilized.

### D. Defendant's Use of Pirated GibbsCAM Software

24. GibbsCAM collects a large volume of data through the use of PDRSS that must be reviewed, analyzed, and investigated to determine and confirm the source of the infringement. Through review, analysis, and investigation of the PDRSS data (which included a list of specific IP addresses for each unauthorized installation, use, and reproduction), GibbsCAM discovered that Defendant used unlicensed and pirated GibbsCAM Software.

25. Lucero committed direct copyright infringement and DMCA violations when he downloaded pirated GibbsCAM Software, circumvented technological measures protecting the software, and used the unlicensed GibbsCAM Software in Defendant Trabuco's business. Defendant Trabuco committed vicarious and contributory copyright infringement and was unjustly enriched by Lucero's use of pirated GibbsCAM Software for its benefit.

26. On or about June 24, 2025, GibbsCAM's PDRSS recorded its first hit from Trabuco. Between June 24, 2025, and August 8, 2025, GibbsCAM's PDRSS recorded 111 call home events from the same computer, all from the client email address julio.lucero@trabucoprecision.com.

27. As a direct and proximate result of Defendant's acts of infringement, GibbsCAM has suffered damages and will continue to suffer damages through loss of substantial licensing revenue, and diminishment of the exclusivity, inherent value, and marketability of the GibbsCAM Software.

28. As a direct and proximate result of Defendant's acts of infringement, GibbsCAM has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

## THE INFRINGED COPYRIGHT

29. GibbsCAM Software is protected by U.S. copyright registrations.

30. GibbsCAM owns U.S. Copyright Registration No. TX0009501525, registered on April 23, 2024, to Cimatron Gibbs LLC and titled "GibbsCAM 2025" ("GibbsCAM Copyrighted Software"). Attached as Exhibit 1 is a true and correct printout from the U.S. Copyright Catalog for U.S. Copyright Reg. No. TX0009501525.

/ / /

/ / /

/ / /

## FIRST CLAIM FOR RELIEF

## (Vicarious Copyright Infringement of U.S. Copyright

## Reg. No. TX0009501525)

31. GibbsCAM incorporates the previous paragraphs of this Complaint by reference and realleges them as originally and fully set forth here.

32. GibbsCAM owns U.S. Copyright Reg. No. TX0009501525, which covers GibbsCAM.

33. To show vicarious infringement, a plaintiff must prove that a defendant: (1) has a direct financial interest in the infringing activity; and (2) has the right and ability to supervise the activity which causes the infringement. Intent or knowledge of the infringement is not an element of a claim for vicarious liability.

34. Lucero downloaded and used a cracked copy of GibbsCAM Copyrighted Software for months, beginning as early as June 2025. Lucero's infringing conduct consisted of hours of active time using the GibbsCAM Copyrighted Software over various sessions. Lucero's actions directly infringed GibbsCAM U.S. Copyright Reg. No. TX0009501525.

35. Defendant Trabuco had a direct financial interest in Lucero's infringing use of GibbsCAM Copyrighted Software. On information and belief, Lucero illegally used GibbsCAM Copyrighted Software for the benefit of Defendant Trabuco. Defendant Trabuco profited from Lucero's direct infringement of U.S. Copyright Reg. No. TX0009501525.

36. Further, as its employee, Defendant Trabuco had the right and ability to supervise Lucero's direct infringement. Defendant Trabuco had the right and ability to prevent its employee from using pirated software for work-related purposes. Defendant Trabuco failed to supervise Lucero.

37. Accordingly, Defendant Trabuco committed vicarious copyright infringement under 17 U.S.C. § 501.

38. As a result of the vicarious copyright infringement by Defendant Trabuco, GibbsCAM is entitled to actual damages and any additional profits of Trabuco pursuant to 17 U.S.C. § 504(a)-(b) or statutory damages pursuant to 17 U.S.C. § 504(c).

39. GibbsCAM is entitled to costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

40. As a result of Defendant Trabuco's infringement of GibbsCAM Copyrighted Software and its exclusive rights under copyright, GibbsCAM is also entitled to injunctive relief prohibiting Defendant Trabuco from further infringing GibbsCAM's copyright.

## SECOND CLAIM FOR RELIEF

### (Vicarious Copyright Infringement of U.S. Copyright Reg. No. TX0009501525)

41. GibbsCAM incorporates the previous paragraphs of this Complaint by reference and realleges them as originally and fully set forth here.

42. A defendant may be held liable for contributory copyright infringement if, with knowledge of the infringing activity, it materially contributes to the infringing conduct of another. A claim for contributory infringement does not require a showing that the defendant intended to foster infringement. To establish a "material contribution" claim, a plaintiff must show that the defendant (1) had actual or constructive knowledge of the infringing activity, and (2) encouraged or assisted others' infringement, or provided machinery or goods that facilitated infringement.

43. Lucero downloaded and used a cracked copy of GibbsCAM Copyrighted Software for months, beginning as early as June 2025. Lucero's actions directly infringed GibbsCAM U.S. Copyright Reg. No. TX0009501525. Lucero's hours of use of cracked GibbsCAM Copyrighted Software is consistent with business use for an employer, not personal use.

44. On information and belief, Trabuco had at least constructive – and likely actual – knowledge of Lucero's infringing activity based on the nature of the infringing conduct.

45. On information and belief, Trabuco encouraged or assisted in Lucero's infringement so he could perform his job duties. In order for Lucero to do his machining job with pirated software, Trabuco provided him with at least a computer and machining machinery to use pirated GibbsCAM software to do his job.

46. Accordingly, Defendant Trabuco committed contributory copyright infringement under 17 U.S.C. § 501.

47. As a result of Trabuco's contributory copyright infringement, GibbsCAM is entitled to actual damages and any additional profits of Defendant Trabuco pursuant to 17 U.S.C. § 504(a)-(b) or statutory damages pursuant to 17 U.S.C. § 504(c).

48. GibbsCAM is entitled to costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

49. As a result of Defendant Trabuco's contributory infringement of GibbsCAM Copyrighted Software and its exclusive rights under copyright, GibbsCAM is also entitled to injunctive relief prohibiting Defendant Trabuco from further infringing GibbsCAM's copyright.

### THIRD CLAIM FOR RELIEF
### (Violations of DMCA)

50. GibbsCAM incorporates the previous paragraphs of this Complaint by reference and realleges them as originally and full set forth here.

51. GibbsCAM uses technological measures to control access to and copying of its GibbsCAM Copyrighted Software, and to prevent unauthorized access and unauthorized copying.

///

52. On information and belief, Lucero and Trabuco defeated the technological measures used to control access to the software every time he used the software, which has allowed Lucero and Trabuco to access and copy the valuable GibbsCAM Copyrighted Software without authorization. Trabuco cracked and used the GibbsCAM software at least 111 times in or near Trabuco's facility.

53. Trabuco's and Lucero's conduct has caused, and unless enjoined will continue to cause, irreparable harm to GibbsCAM, for example, through loss of substantial licensing revenue and diminishment of the exclusivity, inherent value, and marketability of GibbsCAM Copyrighted Software.

54. Accordingly, Defendant Trabuco has violated 17 U.S.C. § 1201 and this violation is willful.

55. As a result of Defendant Trabuco's and Lucero's unlawful circumvention, GibbsCAM is entitled to actual damages and any additional profits of Defendant pursuant to 17 U.S.C. § 1203(c)(2) or statutory damages pursuant to 17 U.S.C. § 1203(c)(3).

56. GibbsCAM is entitled to costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b).

## PRAYER FOR RELIEF

WHEREFORE, GibbsCAM respectfully asks this Court to summon Trabuco to appear and answer this Complaint, and after being heard on the merits, grant judgment in favor of GibbsCAM as follows as:

(a) Find Trabuco Precision, LLC liable for vicarious copyright infringement of U.S. Copyright Reg. No. TX0009501525;

(b) Find Trabuco Precision, LLC liable for contributory copyright infringement of U.S. Copyright Reg. No. TX0009501525;

(c) Find Trabuco Precision, LLC's copyright infringement was willful and knowing;

(d) Enter a preliminary and permanent injunction prohibiting Trabuco Precision, and its agents, servants, and employees, and all persons acting in concert with or for them, from continuing to reproduce, distribute, display, disseminate, transmit, make available for download, or otherwise use GibbsCAM Copyrighted Software in any manner whatsoever appropriating or in violation of copyright;

(e) Order Trabuco Precision and its agents, servants, and employees, and all persons acting in concert with or for them, to destroy all copies of GibbsCAM Copyrighted Software that Defendant has used and/or downloaded onto any computer hard drive or server without authorization and to destroy copies of that downloaded software transferred onto any physical medium or device in Defendants' possession, custody, or control;

(f) Find Defendant Trabuco Precision, LLC liable for unlawful circumvention of technological measures used to control access to GibbsCAM Copyrighted Software in violation of the DMCA;

(g) Award GibbsCAM its actual damages and Defendant Trabuco Precision, LLC's additional profits in an amount to be determined at trial;

(h) Award GibbsCAM statutory and other damages as provided under the Copyright Act and the DMCA;

(i) Order an accounting of the use and/or download by Defendant Trabuco Precision of GibbsCAM Copyrighted Software;

(j) Order an accounting of any revenues or profits realized by or through Defendant Trabuco Precision's use and/or download of GibbsCAM Copyrighted Software;

(k) Award GibbsCAM prejudgment and post judgment interest;

(l) Award GibbsCAM costs, attorneys' fees, and expenses arising

from this suit; and

(m) Grant GibbsCAM such other relief as this Court deems just and proper.

Respectfully submitted,

Dated: January 27, 2026     By:  */s/ Jacob Rosenbaum*
Sheila Swaroop
Jacob Rosenbaum
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

John F. Luman III *(pro hac vice forthcoming)*
Texas State Bar No. 00794199
luman@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway, Suite 700
Houston, Texas 77057
Phone: (713) 917-0024
Facsimile: (713) 917-0026

Attorneys for Plaintiff,
CIMATRON GIBBS LLC

# JURY DEMAND

In accordance with Fed. R. Civ. P. 38 and 39, GibbsCAM asserts its rights under the Seventh Amendment to the United States Constitution and demands a trial by jury on all issues that may be so tried.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 27, 2026      By: */s/ Jacob Rosenbaum*
                             Sheila Swaroop
                             Jacob Rosenbaum
                             KNOBBE, MARTENS, OLSON & BEAR, LLP
                             2040 Main Street, Fourteenth Floor
                             Irvine, CA 92614
                             Phone: (949) 760-0404
                             Facsimile: (949) 760-9502

                             Attorneys for Plaintiff,
                             CIMATRON GIBBS LLC